**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| PEDRO VALENCIA, an individual,<br>Plaintiff,<br>vs.<br>AMAZON.COM SERVICES LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive.<br>Defendant. | Case No. 2:26-cv-5479-MCS-BFM<br>**~~[PROPOSED]~~ ORDER RE STIPULATED PROTECTIVE ORDER** |

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **granted**.

**IT IS SO ORDERED**.

DATED: August 14, 2026

[signature]

BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE